**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* ________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Warrior Sports Holdings, LLC |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA Precision One<br>DBA Precision One Ammunition |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 93-1392833 |
| **4.** | **Debtor's address** | **Principal place of business**<br>2071 Wambaw Creek Road<br>Charleston, SC 29492<br>Number, Street, City, State & ZIP Code<br>Berkeley<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | www.precisiononeammunition.com |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

3329

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2026
MM / DD / YYYY

**X** /s/ Michael Scott, Jr.
Signature of authorized representative of debtor

Michael Scott, Jr.
Printed name

Title President

**18. Signature of attorney**

**X** /s/ John J. Stockdale, Jr.
Signature of attorney for debtor

Date August 19, 2026
MM / DD / YYYY

John J. Stockdale, Jr. P71561
Printed name

Schafer and Weiner, PLLC
Firm name

40950 Woodward Avenue, Ste. 100
Bloomfield Hills, MI 48304
Number, Street, City, State & ZIP Code

Contact phone (248) 540-3340 Email address jstockdale@schaferandweiner.com

P71561 MI
Bar number and State

# United States Bankruptcy Court
## Eastern District of Michigan

In re Warrior Sports Holdings, LLC
Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Michael Scott Jr.<br>758 Chester Street<br>Birmingham, MI 48009 | | 100% | Member Units |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date August 19, 2026

Signature /s/ Michael Scott, Jr.
Michael Scott, Jr.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of Michigan**

| | | | |
|---|---|---|---|
| In re | Warrior Sports Holdings, LLC | Case No. | |
| | Debtor(s) | Chapter | 11 |

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: August 19, 2026

/s/ Michael Scott, Jr.
Michael Scott, Jr./President
Signer/Title

Accurity Group
280 N. Woodward Ave., Ste. 100
Birmingham, MI 48009

Anthony J. Fantauzzi, III
Johnson, Newlan & DeCort, P.A.
3242 Henderson Blvd, St.e 210
Tampa, FL 33609

Attorney General of United States
950 Pennsylvania Avenue
Washington, DC 20530

Barnwell Whaley Patterson & Helms
211 King Street, Ste. 300
Charleston, SC 29402

Carolina Waste and Recycling LLC
4230 Domino Ave., N.
North Charleston, SC 29405

Charleston Public Works
3681 Leeds Avenue
North Charleston, SC 29405

Civil Process Clerk
U.S. Attorney for E. D. of Michigan
211 West Fort Street
Detroit, MI 48226

County Cork Realty
6824 Seewee Road
Awendaw, SC 29429-6081

Dominion Energy South Carolina
1701 Charleston Regional Parkway
Charleston, SC 29492

Freedom Munitions
815 D. Street
Lewiston, ID 83501

General Munition
c/o Registered Agents, Inc.
7901 4th Street, N.., Ste. 300
Saint Petersburg, FL 33702

Hood Container Sumter
2341 Corporate Way
Sumter, SC 29154

Internal Revenue Service
c/o United States Attorney
for the District of Michigan
211 W. Fort Street, Suite 2001
Detroit, MI 48226

Kimberly Ross Clayson, Esq.
Taft Law LLP
27777 Franklin Road, Ste. 2500
Southfield, MI 48034

Lloyd's London
c/o Location Affinity, LLC
10895 Lowell Ave., Ste. 300
Overland Park, KS 66210

Michael Scott Jr.
758 Chester Street
Birmingham, MI 48009

Mobile Modular Portable Storage
5700 Las Positas Road
Livermore, CA 94451

One Concepts, LLC
c/o Jeff O'Neill
1204 Spot Tail Court
Mount Pleasant, SC 29466

Pathward
5501 S. Broadband Lane
Sioux Falls, SD 57108

Rebecca M. Haines
Head Murphy Law
33533 W. 12 Mile Road, Ste. 295
Farmington, MI 48331

Starline
1300 W. Henry Street
Sedalia, MO 65301

State of Michigan
Dept of Treasury
3030 W. Grand Blvd.
Ste. 10-200
Detroit, MI 48202

State of South Carolina, Dept. of Treasu
1200 Senate Street, Ste. 214
Wade Hampton Building
Columbia, SC 29201

Steel Components and Ammo LLC
P. O. Box 511
Lewiston, ID 83501

UHY Advisors
27725 Stansbury Blvd., Ste. 385
Farmington, MI 48334

Various Employees

Verizon
One Verizon Way
Basking Ridge, NJ 07920

World Wide Express
29228 Network Place
Chicago, IL 60673