**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

WARRIOR SPORTS HOLDINGS, LLC,

Debtor.
_______________________________/

Case No. 26-49251

In Proceedings Under
Chapter 11

Hon. Lisa S. Gretchko

**NOTICE OF FILING OF REPLACEMENT BUDGET**

Warrior Sports Holdings, LLC ("**Debtor**"), by and through its proposed counsel, Schafer and Weiner, PLLC, hereby files its replacement budget consistent with paragraph 3 of the *Interim Order Granting Debtor's First Day Motion for Entry of an Order Authorizing the Debtor to Use Cash Collateral and Granting Adequate Protection* [ECF No. 30] and shall be the "Budget" as defined in the Motion.

Respectfully submitted,

SCHAFER AND WEINER, PLLC

/s/ John J. Stockdale, Jr.
JOHN J. STOCKDALE, JR. (P71561)
Proposed Attorneys for Debtor
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
jstockdale@schaferandweiner.com

Dated: September 2, 2026

{01186893.1}

| DATE 8/26/2026 | 8/18/2026 | 8/25/2026 | 9/1/2026 | 9/8/2026 | 9/15/2026 | 9/22/2026 | 9/29/2026 | 10/6/2026 | 10/13/2026 | 10/20/2026 | 10/27/2026 | 11/3/2026 | 11/10/2026 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| BEG. CASH | 3,718.20 | 56,167.00 | (14,593.00) | 126.90 | 15,378.90 | 8,857.90 | 66,900.90 | 454.90 | 49,221.90 | 47,458.06 | 116,081.06 | 53,481.06 | 37,470.06 | |
| SALES-CC & Instore | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | |
| LOC [1] | | | 37,000 | | | | 2,000.00 | | | | | | | |
| A/R | | 22,190.00 | | | | | | | | | | | | |
| RECURRING DEALER ORDERS 9MM | - | - | 19,500.00 | 19,500.00 | 39,000.00 | 39,000.00 | 39,000.00 | 39,000.00 | 39,000.00 | 39,000.00 | 39,000.00 | 39,000.00 | 39,000.00 | |
| 762 X 39 ORDERS | | 0 | | 62400 | | 62,400.00 | | 62,400.00 | | 62,400.00 | | - | | |
| MISC DEALER ORDERS | 0 | 0 | 87320 | 0 | 20000 | 20000 | 20000 | 20000 | 20000 | 20000 | 20000 | 20000 | 20000 | |
| PROJECTED SUBSONIC ORDERS | | | | | 30,000.00 | | | | 40,000.00 | | | | 40,000.00 | |
| A/R COLLECTION TOTAL | 2,000.00 | 24,190.00 | 145,820.00 | 83,900.00 | 91,000.00 | 123,400.00 | 63,000.00 | 123,400.00 | 101,000.00 | 123,400.00 | 61,000.00 | 61,000.00 | 101,000.00 | |
| FREIGHT 3% OF SALES | 2,400.00 | 2,400.00 | 4,374.60 | 2,517.00 | 2,730.00 | 3,702.00 | 1,890.00 | 3,702.00 | 3,030.00 | 3,702.00 | 1,830.00 | 1,830.00 | 3,030.00 | |
| PROJECTED COGS ON CC-Instore 40%GPM | - | - | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | |
| PROJECTED COGS ON 9mm 27.5% GPM | - | 13,000.00 | 14,137.50 | 28,275.00 | 28,275.00 | 28,275.00 | 28,275.00 | 28,275.00 | 28,275.00 | 28,275.00 | 28,275.00 | 28,275.00 | 28,275.00 | |
| PROJECTED COGS ON 762x39 28.5% GPM | - | - | 44,616.00 | - | 44,616.00 | - | 44,616.00 | - | 44,616.00 | - | - | - | | |
| PROJECTED COGS ON MISC DEALER ORDERS 32.5% | - | 52,100.00 | - | 13,500.00 | 13,500.00 | 13,500.00 | 13,500.00 | 13,500.00 | 13,500.00 | 13,500.00 | 13,500.00 | 13,500.00 | 13,500.00 | |
| PROJECTED COGS ON SUBSONIC 52% GPM | - | - | - | 14,400.00 | - | - | - | 19,200.00 | - | - | - | 19,200.00 | - | |
| GUN POWDER STOCK | | 4000 | 30000 | 0 | 0 | | | | | | 30,000.00 | | | |
| COGS TOTAL | 2,400.00 | 71,500.00 | 94,328.10 | 59,892.00 | 90,321.00 | 46,677.00 | 89,481.00 | 65,877.00 | 90,621.00 | 46,677.00 | 74,805.00 | 64,005.00 | 46,005.00 | |
| SGA | | | | | | | | | | | | | | |
| Auto Insurance & Expense | | | | 656.00 | | | | 656 | | | | 656.00 | | |
| Bank Service Charges | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | |
| Credit Card Fees | | 1,000.00 | | | | | 1000 | | | | 1,000.00 | | | |
| Computer & Webservices | | | 1100 | | | | 1,100.00 | | | | 1100 | | | |
| AUTO LEASE | | | 750.00 | | - | | 750.00 | | - | | | 750.00 | | |
| Insurance (WC+GL+Prop) | | 4270 | | | | | 4270 | | | | 4270 | | | |
| Residential Rent | | | | | | | | | | | | | | |
| MTS Salary | | - | 5000 | | 5,000.00 | - | 5,000.00 | - | 5,000.00 | - | 5,000.00 | - | | |
| Officer Life | | 907.00 | | | | 907.00 | | | | | 907.00 | | | |
| Miscellaneous-Office-Meals/Travel | | | 500 | | | | 500 | | | | 500.00 | | | |
| Machinery Repair & Maint | | | 500.00 | | | 500 | | | 500 | | | 500 | | |
| Payroll ( SHOP, Admin) | | 7000 | | 7000 | | 7000 | | 7000 | | 7000 | | 7000 | | |
| Payroll Taxes | | 700 | | 700 | | 700 | | 700 | | 700 | | 700 | | |
| Professional Fees - CPA/Attorney-HITS CC | | | 7,500.00 | | | | 7,500.00 | - | | | 7,500.00 | - | 7,500.00 | |
| Rent or Lease | | 7,426.00 | | | | 7426 | | | | | 7,426.00 | | | |
| Excise Taxes-10% | | | | | | | | | | | 2,500.00 | | | |
| Supplies - cleaning, maintenance, Prop Tax | | 1,000.00 | | | | 1,000.00 | | | | | 1,000.00 | | | |
| Utilities & Telephone | | | | | 1,800.00 | | | | 1,800.00 | | | | 1,800.00 | |
| STORAGE | | 747.00 | | | | 747 | | | | | 747.00 | | | |
| Quickbooks Processing fees | | | 3000 | | | | 3,000.00 | | | | | 3,000.00 | | |
| TOTAL SGA | 400.00 | 23,450.00 | 18,750.00 | 8,756.00 | 7,200.00 | 18,680.00 | 23,520.00 | 8,756.00 | 7,700.00 | 8,100.00 | 32,350.00 | 13,006.00 | 9,700.00 | |
| TOTAL DISBURSEMENTS | 2,800.00 | 94,950.00 | 113,078.10 | 68,648.00 | 97,521.00 | 65,357.00 | 113,001.00 | 74,633.00 | 98,321.00 | 54,777.00 | 107,155.00 | 77,011.00 | 55,705.00 | |
| TOTAL COLLECTION | 2,000.00 | 24,190.00 | 145,820.00 | 83,900.00 | 91,000.00 | 123,400.00 | 63,000.00 | 123,400.00 | 101,000.00 | 123,400.00 | 61,000.00 | 61,000.00 | 101,000.00 | |
| net profit | | | | | | | | | | | | | | |
| Pathward Adequate Protection | 0 | 0 | 16445 | | | 0 | 16445 | | | 0 | 16445 | | 16445 | |
| Utility Deposit Account | 0 | 0 | 1,577 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| reserved | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| United States Trustee Fees | | | | | | | | | 4,442.84 | | | | | |
| End Cash Post Deb Service | 2,918.20 | (14,593.00) | 126.90 | 15,378.90 | 8,857.90 | 66,900.90 | 454.90 | 49,221.90 | 47,458.06 | 116,081.06 | 53,481.06 | 37,470.06 | 66,320.06 | |
| Net profits from operations | (800.00) | (70,760.00) | 32,741.90 | 15,252.00 | (6,521.00) | 58,043.00 | (50,001.00) | 48,767.00 | 2,679.00 | 68,623.00 | (46,155.00) | (16,011.00) | 45,295.00 | 81,152.90 |

[1] Insider unsecured post-petition loan made in week three. Motion to approve same to be filed.