**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

WARRIOR SPORTS HOLDINGS, LLC,

Debtor.
______________________________/

Case No. 26-49251

In Proceedings Under Chapter 11

Hon. Lisa S. Gretchko

# ORDER SCHEDULING AN EXPEDITED HEARING ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO OBTAIN POST-PETITION UNSECURED FINANCING

This matter came before the Court upon the Ex Parte Motion for an Expedited Hearing ("Expediting Motion"; ECF No. 49) upon the Debtor's Motion for Entry of an Order Authorizing the Debtor to Obtain Post-Petition Unsecured Financing ("DIP Financing Motion"; ECF No. 48). The Court has reviewed the Expediting Motion, the DIP Financing Motion and other pertinent pleadings, and is advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that an in-person hearing on the DIP Financing Motion will be held on September 4, 2026 at 11:00 a.m., before Judge Lisa S. Gretchko, U.S. Bankruptcy Court, 211 W. Fort Street, Courtroom 1975, Detroit, MI 48226. Any objections to the DIP Financing Motion may be raised at the foregoing expedited hearing.

**IT IS FURTHER ORDERED** that the Debtor must serve the DIP Financing Motion and a copy of this Order on the United States Trustee, all secured creditors,

the creditors included on the list filed under Fed. R. Bankr. P. 1007(d), and any adverse party relative to the relief requested in the DIP Financing Motion, as provided in E.D. Mich. LBR 9013-1(b), via transmission to a Registered Filer or User, hand delivery, delivery by overnight delivery service, facsimile transmission to the extent that facsimile number(s) are available, or email to the extent that email addresses are available. **Service must be completed by 5:00 p.m. on September 2, 2026. The Debtor must file a certificate of service by 5:00 p.m. on September 2, 2026 showing the parties served and the manner of service**. **Failure to comply with this paragraph of this Order may result in cancellation of the expedited hearing.**

**Signed on September 2, 2026**

**/s/ Lisa S. Gretchko**

**Lisa S. Gretchko**
**United States Bankruptcy Judge**