**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Case No. 26-49251 |
| WARRIOR SPORTS HOLDINGS, LLC, | In Proceedings Under Chapter 11 |
| Debtor. | |
| ______________________________/ | Hon. Lisa S. Gretchko |

**EXHIBIT – VARIANCE REPORT**
**SHOWING BUDGET TO ACTUAL RESULTS**

Warrior Sports Holdings, LLC (the "**Debtor**"), through its proposed counsel, Schafer and Weiner, PLLC, provides the attached variance reports pursuant to paragraph 12 of the *Interim Order granting Debtor's First Day Motion for Entry of an Order Authorizing the Debtor to use Cash Collateral and Granting Adequate Protection* [ECF No. 30], which show Debtor's actual results against budgeted results from August 18, 2026, through September 1 , 2026.

Respectfully submitted,

SCHAFER AND WEINER, PLLC

By: */ s / John J. Stockdale, Jr.*
JOHN J. STOCKDALE, JR. (P71561)
Proposed Counsel for Debtor
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
jstockdale@schaferandweiner.com

Dated: September 14, 2026

| | | PROJECTION | | TOTAL | | | 8/18-9/2 ACTUAL | | VARIANCE |
|---|---|---|---|---|---|---|---|---|---|
| DATE 9/11/2026 | 8/18/2026 | 8/25/2026 | 9/1/2026 | | | | | | |
| WEEK | 1.00 | 2.00 | 3.00 | | | | | | |
| BEG. CASH | 3,718.20 | 56,167.00 | (14,593.00) | | | | 3,718.20 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| SALES-CC & Instore | 2,000.00 | 2,000.00 | 2,000.00 | 6,000.00 | | | | | |
| LOC (1) | | | 37,000.00 | 37,000.00 | | | 0 | | |
| A/R | | 22,190.00 | | 22,190.00 | | | | | |
| | | | | - | | | | | |
| RECURRING DEALER ORDERS 9MM | - | - | 19,500.00 | 19,500.00 | | | | | |
| | | | | - | | | | | |
| 762 X 39 ORDERS | | - | | - | | | | | |
| | | | | - | | | | | |
| MISC DEALER ORDERS | - | - | 87,320.00 | 87,320.00 | | | | | |
| | | | | - | | | | | |
| PROJECTED SUBSONIC ORDERS | | | | - | | | | | |
| | | | | - | | | | | |
| | | | | - | | | | | |
| A/R COLLECTION TOTAL | 2,000.00 | 24,190.00 | 145,820.00 | 172,010.00 | | | 86544.57 | | (85,465.43) |
| | | | | - | | | | | - |
| FREIGHT 3% OF SALES | 2,400.00 | 2,400.00 | 4,374.60 | 9,174.60 | | | 2690.06 | | (6,484.54) |
| | | | | - | | | | | - |
| | | | | - | | | | | - |
| PROJECTED COGS ON CC-Instore 40%GPM | - | - | 1,200.00 | 1,200.00 | | | | | |
| PROJECTED COGS ON 9mm 27.5% GPM | - | 13,000.00 | 14,137.50 | 27,137.50 | | | | | |
| PROJECTED COGS ON 762x39 28.5% GPM | - | - | 44,616.00 | 44,616.00 | | | | | |
| PROJECTED COGS ON MISC DEALER ORDERS 32.5% | - | 52,100.00 | - | 52,100.00 | | | | | |
| PROJECTED COGS ON SUBSONIC 52% GPM | - | - | - | - | | | | | - |
| | | | | - | | | | | - |
| GUN POWDER STOCK | | 4,000.00 | 30,000.00 | 34,000.00 | | | | | |
| | | | | - | | | | | - |
| | | | | - | | | | | - |
| | | | | - | | | | | - |
| COGS TOTAL | 2,400.00 | 71,500.00 | 94,328.10 | 168,228.10 | | | 59035.09 | | (109,193.01) |
| SGA | | | | - | | | | | - |
| Auto Insurance & Expense | | | | - | | | 500.16 | | 500.16 |
| Bank Service Charges | 400.00 | 400.00 | 400.00 | 1,200.00 | | | 1393.85 | | 193.85 |
| Credit Card Fees | | 1,000.00 | | 1,000.00 | | | 1020.21 | | 20.21 |
| Computer & Webservices | | | 1,100.00 | 1,100.00 | | | 550.59 | | (549.41) |
| AUTO LEASE | | | 750.00 | 750.00 | | | 765.5 | | 15.50 |
| Insurance (WC+GL+Prop) | | 4,270.00 | | 4,270.00 | | | | | (4,270.00) |
| Residential Rent | | | | - | | | | | - |
| MTS Salary | | - | 5,000.00 | 5,000.00 | | | 2500 | | (2,500.00) |
| Officer Life | | 907.00 | | 907.00 | | | 907.04 | | 0.04 |
| Miscellaneous-Office-Meals/Travel | | | 500.00 | 500.00 | | | 582.66 | | 82.66 |
| Machinery Repair & Maint | | | 500.00 | 500.00 | | | 27.36 | | (472.64) |
| Payroll ( SHOP, Admin) | | 7,000.00 | | 7,000.00 | | | 7888.11 | | 888.11 |
| Payroll Taxes | | 700.00 | | 700.00 | | | 603.45 | | (96.55) |
| Professional Fees - CPA/Attorney-HITS CC | | | 7,500.00 | 7,500.00 | | | 49.00 | | (7,451.00) |
| Rent or Lease | | 7,426.00 | | 7,426.00 | | | 7,726.30 | | 300.30 |
| Excise Taxes-10% | | | | - | | | | | - |
| Supplies - cleaning, maintenance, Prop Tax | | 1,000.00 | | 1,000.00 | | | | | (1,000.00) |
| Utilities & Telephone | | | | - | | | 1,525.01 | | 1,525.01 |
| STORAGE | | 747.00 | | 747.00 | | | 717.55 | | (29.45) |
| Quickbooks Processing fees | | | 3,000.00 | 3,000.00 | | | 1,212.95 | | (1,787.05) |
| TOTAL SGA | 400.00 | 23,450.00 | 18,750.00 | 42,600.00 | | | 27,969.74 | | (14,630.26) |
| | | | | - | | | | | - |
| TOTAL DISBURSEMENTS | 2,800.00 | 94,950.00 | 113,078.10 | 210,828.10 | | | 89,694.89 | | (121,133.21) |
| | | | | - | | | | | - |
| TOTAL COLLECTION | 2,000.00 | 24,190.00 | 145,820.00 | 172,010.00 | | | 86544.57 | | (85,465.43) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Pathward Adequate Protection | - | - | 16,445.00 | | | | 0 | | |
| Utility Deposit Account | - | - | 1,577.00 | | | | 0 | | |
| reserved | - | - | - | | | | 0 | | |
| United States Trustee Fees | | | | | | | 0 | | |
| | | | | | | | | | |
| End Cash Post Deb Service | 2,918.20 | (14,593.00) | 12,736.90 | | | | 567.88 | | (12,169.02) |
| | | | | | | | | | |
| Net profits from operations | (800.00) | (70,760.00) | 32,741.90 | | | | | | |