**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Case No. 26-49251 |
| WARRIOR SPORTS HOLDINGS, LLC, | In Proceedings Under Chapter 11 |
| Debtor. ______________________________/ | Hon. Lisa S. Gretchko |

**EXHIBIT – VARIANCE REPORT**
**SHOWING BUDGET TO ACTUAL RESULTS**

Warrior Sports Holdings, LLC (the "**Debtor**"), through its proposed counsel, Schafer and Weiner, PLLC, provides the attached variance reports pursuant to paragraph 11 of the *Final Order granting Debtor's First Day Motion for Entry of an Order Authorizing the Debtor to use Cash Collateral and Granting Adequate Protection* [ECF No. 78], which show Debtor's actual results against budgeted results from September 2, 2026, through September 15, 2026.

Respectfully submitted,

SCHAFER AND WEINER, PLLC

By: */s/ John J. Stockdale, Jr.*
JOHN J. STOCKDALE, JR. (P71561)
Proposed Counsel for Debtor
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
jstockdale@schaferandweiner.com

Dated: October 9, 2026

| | PROJECTION | PROJECTION | | TOTAL | | | 9/2-9/15 ACTUAL | | VARIANCE |
|---|---|---|---|---|---|---|---|---|---|
| DATE 9/28/2026 | 9/1/2026 | 9/8/2026 | | | | | | | |
| WEEK | 3.00 | 4.00 | | | | | | | |
| BEG. CASH | (14,593.00) | 126.90 | | | | | 68.20 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| SALES-CC & Instore | 2,000.00 | 2,000.00 | | 4,000.00 | | | | | |
| LOC (1) | 37,000.00 | | | 37,000.00 | | | 37000 | | |
| A/R | | | | - | | | | | |
| | | | | - | | | | | |
| RECURRING DEALER ORDERS 9MM | 19,500.00 | 19,500.00 | | 39,000.00 | | | | | |
| | | | | - | | | | | |
| 762 X 39 ORDERS | | 62,400.00 | | 62,400.00 | | | | | |
| | | | | - | | | | | |
| MISC DEALER ORDERS | 87,320.00 | - | | 87,320.00 | | | | | |
| | | | | - | | | | | |
| PROJECTED SUBSONIC ORDERS | | | | - | | | | | |
| | | | | - | | | | | |
| | | | | - | | | | | |
| A/R COLLECTION TOTAL | 145,820.00 | 83,900.00 | | 229,720.00 | | | 106,561.89 | | (123,158.11) |
| | | | | - | | | | | - |
| FREIGHT 3% OF SALES | 4,374.60 | 2,517.00 | | 6,891.60 | | | 2,736.48 | | (4,155.12) |
| | | | | - | | | | | - |
| | | | | - | | | | | - |
| PROJECTED COGS ON CC-Instore 40%GPM | 1,200.00 | 1,200.00 | | 2,400.00 | | | | | |
| PROJECTED COGS ON 9mm 27.5% GPM | 14,137.50 | 28,275.00 | | 42,412.50 | | | | | |
| PROJECTED COGS ON 762x39 28.5% GPM | 44,616.00 | - | | 44,616.00 | | | | | |
| PROJECTED COGS ON MISC DEALER ORDERS 32.5% | - | 13,500.00 | | 13,500.00 | | | | | |
| PROJECTED COGS ON SUBSONIC 52% GPM | - | 14,400.00 | | 14,400.00 | | | | | |
| | | | | - | | | | | - |
| GUN POWDER STOCK | 30,000.00 | - | | 30,000.00 | | | | | |
| | | | | - | | | | | - |
| | | | | - | | | | | - |
| | | | | - | | | | | - |
| COGS TOTAL | 94,328.10 | 59,892.00 | | 154,220.10 | | | 90,666.07 | | (63,554.03) |
| SGA | | | | - | | | | | - |
| Auto Insurance & Expense | | 656.00 | | 656.00 | | | 179.58 | | (476.42) |
| Bank Service Charges | 400.00 | 400.00 | | 800.00 | | | 120.00 | | (680.00) |
| Credit Card Fees | | | | - | | | 461.18 | | 461.18 |
| Computer & Webservices | 1,100.00 | | | 1,100.00 | | | 297.54 | | (802.46) |
| AUTO LEASE | 750.00 | | | 750.00 | | | | | (750.00) |
| Insurance (WC+GL+Prop) | | | | - | | | 412.1 | | 412.10 |
| Residential Rent | | | | - | | | | | - |
| MTS Salary | 5,000.00 | | | 5,000.00 | | | 2500 | | (2,500.00) |
| Officer Life | | | | - | | | | | - |
| Miscellaneous-Office-Meals/Travel | 500.00 | | | 500.00 | | | 549.34 | | 49.34 |
| Machinery Repair & Maint | 500.00 | | | 500.00 | | | | | (500.00) |
| Payroll ( SHOP, Admin) | | 7,000.00 | | 7,000.00 | | | 4978.19 | | (2,021.81) |
| Payroll Taxes | | 700.00 | | 700.00 | | | 1703.76 | | 1,003.76 |
| Professional Fees - CPA/Attorney-HITS CC | 7,500.00 | | | 7,500.00 | | | | | (7,500.00) |
| Rent or Lease | | | | - | | | | | - |
| Excise Taxes-10% | | | | - | | | | | - |
| Supplies - cleaning, maintenance, Prop Tax | | | | - | | | 284.8 | | 284.80 |
| Utilities & Telephone | | | | - | | | 758.24 | | 758.24 |
| STORAGE | | | | - | | | | | - |
| Quickbooks Processing fees | 3,000.00 | | | 3,000.00 | | | 594.72 | | (2,405.28) |
| TOTAL SGA | 18,750.00 | 8,756.00 | | 27,506.00 | | | 12,839.45 | | (14,666.55) |
| | | | | - | | | | | - |
| TOTAL DISBURSEMENTS | 113,078.10 | 68,648.00 | | 181,726.10 | | | 106,242.00 | | (75,484.10) |
| | | | | - | | | | | - |
| TOTAL COLLECTION | 145,820.00 | 83,900.00 | | 229,720.00 | | | 106561.89 | | (123,158.11) |
| | | | | | | | | | |
| | 18,148.90 | 15,378.90 | | | | | | | |
| | | | | | | | | | |
| Pathward Adequate Protection | 16,445.00 | | | | | | 0 | | |
| Utility Deposit Account | 1,577.00 | - | | | | | 0 | | |
| reserved | - | - | | | | | 0 | | |
| United States Trustee Fees | | | | | | | 0 | | |
| | | | | | | | | | |
| End Cash Post Deb Service | 126.90 | 15,378.90 | | | | | 388.09 | | 388.09 |
| | | | | | | | | | |
| Net profits from operations | 32,741.90 | 15,252.00 | | | | | | | |