**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

WARRIOR SPORTS HOLDINGS, LLC,

Debtor.
_______________________________/

Case No. 26-49251

In Proceedings Under Chapter 11

Hon. Lisa S. Gretchko

## EXHIBIT – VARIANCE REPORT
## SHOWING BUDGET TO ACTUAL RESULTS

Warrior Sports Holdings, LLC (the "**Debtor**"), through its proposed counsel, Schafer and Weiner, PLLC, provides the attached variance reports pursuant to paragraph 11 of the *Final Order granting Debtor's First Day Motion for Entry of an Order Authorizing the Debtor to use Cash Collateral and Granting Adequate Protection* [ECF No. 78], which show Debtor's actual results against budgeted results from September 16, 2026, through September 29, 2026.

Respectfully submitted,

SCHAFER AND WEINER, PLLC

By: */ s / John J. Stockdale, Jr.*

JOHN J. STOCKDALE, JR. (P71561)
Proposed Counsel for Debtor
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
jstockdale@schaferandweiner.com

Dated: October 20, 2026

| | PROJECTION | PROJECTION | | TOTAL | | | 9/16-9/29<br>ACTUAL | | VARIANCE |
|---|---|---|---|---|---|---|---|---|---|
| 10/12/2026 | 9/16/2026 | 9/29/2026 | | | | | 9/16-9/29 | | |
| WEEK | | | | | | | | | |
| BEG. CASH | 15,378.90 | 8,857.90 | | | | | 124.00 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| SALES-CC & Instore | 2,000.00 | 2,000.00 | | | | | | | |
| LOC (1) | | | | | | | | | |
| A/R | | | | | | | | | |
| | | | | | | | | | |
| RECURRING DEALER ORDERS 9MM | 39,000.00 | 39,000.00 | | | | | | | |
| | | | | | | | | | |
| 762 X 39 ORDERS | | 62,400.00 | | | | | | | |
| | | | | | | | | | |
| MISC DEALER ORDERS | 20,000.00 | 20,000.00 | | | | | | | |
| | | | | | | | | | |
| PROJECTED SUBSONIC ORDERS | 30,000.00 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| A/R COLLECTION TOTAL | 91,000.00 | 123,400.00 | | 214,400.00 | | | 165,222.12 | | (49,177.88) |
| | | | | - | | | | | - |
| FREIGHT 3% OF SALES | 2,730.00 | 3,702.00 | | 6,432.00 | | | 3,596.17 | | (2,835.83) |
| | | | | - | | | | | - |
| | | | | - | | | | | - |
| PROJECTED COGS ON CC-Instore 40%GPM | 1,200.00 | 1,200.00 | | 2,400.00 | | | | | |
| PROJECTED COGS ON 9mm 27.5% GPM | 28,275.00 | 28,275.00 | | 56,550.00 | | | | | |
| PROJECTED COGS ON 762x39 28.5% GPM | 44,616.00 | - | | 44,616.00 | | | | | |
| PROJECTED COGS ON MISC DEALER ORDERS 32.5% | 13,500.00 | 13,500.00 | | 27,000.00 | | | | | |
| PROJECTED COGS ON SUBSONIC 52% GPM | - | - | | - | | | | | |
| | | | | - | | | | | - |
| GUN POWDER STOCK | - | | | - | | | | | |
| | | | | - | | | | | - |
| | | | | - | | | | | - |
| | | | | - | | | | | - |
| COGS TOTAL | 90,321.00 | 46,677.00 | | 136,998.00 | | | 104,273.56 | | (32,724.44) |
| SGA | | | | - | | | | | - |
| Auto Insurance & Expense | | | | - | | | | | - |
| Bank Service Charges | 400.00 | 400.00 | | 800.00 | | | 1,370.67 | | 570.67 |
| Credit Card Fees | | | | - | | | 9.66 | | 9.66 |
| Computer & Webservices | | | | - | | | | | - |
| AUTO LEASE | - | | | - | | | 765.6 | | 765.60 |
| Insurance (WC+GL+Prop) | | | | - | | | | | - |
| Residential Rent | | | | - | | | | | - |
| MTS Salary | 5,000.00 | - | | 5,000.00 | | | 2000 | | (3,000.00) |
| Officer Life | | 907.00 | | 907.00 | | | 907.04 | | 0.04 |
| Miscellaneous-Office-Meals/Travel | | | | - | | | 270.60 | | 270.60 |
| Machinery Repair & Maint | | 500.00 | | 500.00 | | | 89.53 | | (410.47) |
| Payroll ( SHOP, Admin) | | 7,000.00 | | 7,000.00 | | | 6569.08 | | (430.92) |
| Payroll Taxes | | 700.00 | | 700.00 | | | 1599 | | 899.00 |
| Professional Fees - CPA/Attorney-HITS CC | | | | - | | | 49.00 | | 49.00 |
| Rent or Lease | | 7,426.00 | | 7,426.00 | | | 8,031.54 | | 605.54 |
| Excise Taxes-10% | | | | - | | | | | - |
| Supplies - cleaning, maintenance, Prop Tax | | 1,000.00 | | 1,000.00 | | | | | (1,000.00) |
| Utilities & Telephone | 1,800.00 | | | 1,800.00 | | | 1,324.93 | | (475.07) |
| STORAGE | | 747.00 | | 747.00 | | | 505 | | (242.00) |
| Quickbooks Processing fees | | | | - | | | 3,222.95 | | 3,222.95 |
| TOTAL SGA | 7,200.00 | 18,680.00 | | 25,880.00 | | | 26,714.60 | | 834.60 |
| | | | | - | | | | | - |
| TOTAL DISBURSEMENTS | 97,521.00 | 65,357.00 | | 162,878.00 | | | 130,988.16 | | (31,889.84) |
| | | | | - | | | | | - |
| TOTAL COLLECTION | 91,000.00 | 123,400.00 | | 214,400.00 | | | 165222.12 | | (49,177.88) |
| | | | | | | | | | |
| Net profit/loss | (6,521.00) | 58,043.00 | | 51,522.00 | | | 34,233.96 | | |
| | | | | | | | | | |
| Pathward Adequate Protection | | 16,445.00 | | | | | 16445 | | 0 |
| Utlity Deposit Account | - | - | | | | | 0 | | |
| reserved | - | - | | | | | 0 | | |
| United States Trustee Fees | | | | | | | 0 | | |
| | | | | | | | | | |
| End Cash Post Deb Service | | | | | | | 17,788.96 | | |
| | | | | | | | | | |
| Net profits from operations | | | | | | | | | |